IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10836
Summary Calendar
_____


DALE T. MORSE,

                                        Plaintiff-Appellant,

versus

JAMES WILSON et al.,

                                        Defendants-Appellees.



- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:95-CV-343-A
- - - - - - - - - -
July 31, 1996
Before SMITH, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

    Dale Morse appeals the dismissal of his civil rights suit
under 42 U.S.C. § 1983 for failure to state a claim, Fed. R. Civ.
P. 12(b)(6).  Morse contends that his driver's license was
suspended without a notice and hearing depriving him of due
process.  We have reviewed the record, and, for substantially the
same reasons stated by the district court, we affirm the
dismissal.

_____

    [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

AFFIRMED.